UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Biliana Rizova,
Plaintiff

versus

IBSPOT.COM INC.,
Defendant

# COMPLAINT

Plaintiff Biliana Rizova ("Plaintiff"), proceeding pro se, alleges as follows:


NATURE OF THE ACTION

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 et seq.
2. Plaintiff is the author and copyright owner of seven original photographs depicting cosmetic product packaging.
3. Defendant reproduced and publicly displayed Plaintiff's photographs on its commercial website, IBSpot.com, without authorization.
4. Defendant's unauthorized copying and display of Plaintiff's photographs constitutes copyright infringement.
5. Plaintiff seeks statutory damages under 17 U.S.C. § 504(c).


THE PARTIES

6. Plaintiff Biliana Rizova is an individual residing in Tampa, Florida.
7. Plaintiff is an e-commerce seller who creates original product photographs used in online listings.
8. Upon information and belief, Defendant IBSpot.com Inc. is a corporation organized under the laws of the State of Wyoming.
9. Upon information and belief, Defendant operates the website www.IBSpot.com.
10. Upon information and belief, Defendant maintains a principal place of business at 1414 Willow Ave., Elkins Park, Pennsylvania 19027.


JURISDICTION AND VENUE

11. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.
12. Venue is proper in this District under 28 U.S.C. § 1391.
13. On information and belief, Defendant conducts business within this District.


FACTUAL BACKGROUND

14. Plaintiff creates original product photographs used in online product listings.
15. Plaintiff personally photographs cosmetic product packaging using distinctive background compositions.
16. Plaintiff is the author and owner of seven original photographs depicting cosmetic product packaging (the "Photographs").

PCA SKIN PHOTOGRAPHS

17. On July 6, 2025, Plaintiff published an eBay listing offering for sale a PCA Skin product.
18. The listing included three original photographs created by Plaintiff depicting the product packaging.
19. Plaintiff created these photographs using her mobile phone camera.
20. Each photograph contains a distinctive background and composition created by Plaintiff.
21. In early August 2025, Plaintiff discovered that Defendant had created a listing on IBSpot.com displaying these same three photographs.
22. The photographs displayed on Defendant's website were identical to Plaintiff's original photographs.
23. On August 8, 2025, Plaintiff archived Defendant's listing using Archive.today.
24. Plaintiff also archived the three photographs displayed in the listing separately.

FIRST DEMAND LETTER

25. On August 11, 2025, Plaintiff sent Defendant a written demand letter notifying Defendant of the infringement.
26. The letter was sent via USPS Certified Mail to Defendant and to Defendant's registered agent.
27. Both letters were delivered and signed for.
28. On August 18, 2025, Plaintiff also sent the same demand letter by email.
29. On August 19, 2025, a representative of Defendant responded by email acknowledging the complaint.
30. Defendant removed the infringing PCA listing the same day as its representative response.
31. Plaintiff requested financial compensation but received no further response.

SECOND DEMAND LETTER

32. Plaintiff sent a follow-up communication to Defendant on September 4, 2025, and received no response.

COLORESCIENCE PHOTOGRAPHS

33. On August 27, 2025, Plaintiff published another eBay listing offering for sale a Colorescience product.
34. The listing included four original photographs created by Plaintiff depicting the product packaging.
35. These photographs used the same distinctive background and photographic style used in Plaintiff's earlier photographs of PCA Skin products.
36. In October 2025, Plaintiff discovered that Defendant had created a listing on IBSpot.com displaying these same four photographs of Colorescience product.
37. On October 21, 2025, Plaintiff archived the listing and the four photographs using Archive.today.
38. The listing remained publicly available on Defendant's website from October 2025 until February 25, 2026.
39. In January 2026, Plaintiff discovered that Defendant had created a second listing displaying the same four photographs.
40. Plaintiff archived both listings and photographs on January 14, 2026.
41. The second listing was later removed in February 2026.
42. The original listing from October 2025 remained online until February 25, 2026.

THIRD DEMAND LETTER

43. On February 24, 2026, Plaintiff sent Defendant a third written demand letter requesting settlement.
44. The letter was sent via USPS Certified Mail to Defendant and its registered agent, and was also sent by email.

45. The letters were delivered and signed for on February 26, 2026.
46. The infringing listing from October 2025 was removed on or about February 25, 2026, after Plaintiff sent the demand letter.


COPYRIGHT REGISTRATIONS

47. Plaintiff registered the three PCA Skin photographs with the United States Copyright Office.
48. Registration No. VA 2-482-500 with an Effective Date of Registration of October 05, 2025.
49. Plaintiff also registered the four Colorescience photographs with the United States Copyright Office.
50. Registration No. VA 2-477-363 with an Effective Date of Registration of November 26, 2025.
51. Plaintiff owns all rights, title, and interest in the Photographs.
52. Plaintiff never granted Defendant permission to reproduce or display the Photographs.


COUNT I – COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

53. Plaintiff repeats and incorporates the foregoing paragraphs.
54. Plaintiff owns valid copyrights in the Photographs.
55. Defendant had access to the Photographs, which were publicly available online.
56. Defendant reproduced and publicly displayed the Photographs on its commercial website without authorization.
57. Defendant's actions violated Plaintiff's exclusive rights under 17 U.S.C. § 106.
58. Defendant's copying was exact, including identical composition, background, lighting, and framing and overall visual appearance.
59. Defendant's actions constitute copyright infringement.
60. Defendant's infringement was willful.
61. Plaintiff is entitled to statutory damages under 17 U.S.C. § 504(c).


PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff and against Defendant;
B. Award statutory damages for each infringed work under 17 U.S.C. § 504(c);
C. Award Plaintiff the costs of this action;
D. Grant such other relief as the Court deems just and proper.


DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.


DATED: *April 20, 2026*

/s/ *Biliana Rizova*
Biliana Rizova
Plaintiff, Pro Se

JS 44   (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Biliana Rizova

### DEFENDANTS

IBSPOT.COM INC.

**(b)** County of Residence of First Listed Plaintiff   Hillsborough
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Montgomery
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Biliana Rizova, Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government Plaintiff
- [X] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 2   U.S. Government Defendant
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [X] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. § 501

Brief description of cause:
Copyright Infringement

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [X] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   April 20, 2026

SIGNATURE OF ATTORNEY OF RECORD   /s/ Biliana Rizova

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____