## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BILIANA RIZOVA,                    :
    Plaintiff,                         :
                        :
    v.                                 :          **CIVIL ACTION NO. 26-CV-2588**
                        :
IBSPOT.COM INC.,                   :
    Defendant.                         :

## ORDER

AND NOW, this 22nd day of April, 2026, Plaintiff Biliana Rizova having filed a Complaint with the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1.      If Rizova seeks to proceed with this action she must pay $405 to the Clerk of Court within thirty (30) days of the date of this Order.

2.      In the event Rizova is financially unable to pay the $405 in fees to commence this case, Rizova may move to proceed *in forma pauperis*.

3.      Rizova will be provided a blank copy of the Court's non-prisoner application to proceed *in forma pauperis* bearing the civil action number of this case.  Rizova may use this form to seek leave to proceed *in forma pauperis* if she cannot afford to pay the fees to commence this case.  Rizova must complete the form in its entirety.  In completing the form, Rizova must provide sufficient financial information for the Court to understand how she is supporting herself and any dependents.  Additionally, Rizova must sign the form under penalty of perjury to attest that she is unable to pay the costs of these proceedings.  A false statement may result in dismissal of Rizova's claims.  If Rizova is granted *in forma pauperis* status, the *in forma pauperis* statute

requires the Court to review her complaint and dismiss it if it is frivolous or malicious, fails to state a claim, or seeks damages from an immune defendant.

4.     If Rizova fails to comply with this Order,  her case may be dismissed without further notice for failure to prosecute.

**GEORGE WYLESOL**
**CLERK OF COURT**

**By:**     *s/ Ashley Mastrangelo*

**Deputy Clerk**