AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **2:26-cv-02588**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Northwest Registered Agent LLC**
was received by me on  **5/04/2026:**

☐ I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Mark Booth**, who is designated by law to accept service of process on behalf of **Northwest Registered Agent LLC** at **418 Broadway Ste N, Albany, NY 12207** on **05/04/2026 at 12:34 PM**; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  05/04/2026

_____
*Server's signature*

**Halie Merriman**
*Printed name and title*

**35D Windy Hill**
**Address Line 2**
**Ballston Lake, NY 12019**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to Mark Booth who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with a beard.**





Tracking #: **0221624649**