# Pro Se Electronic Filing

**Name:**

**Biliana Rizova**

**Email Address:**

**bilianarizova@gmail.com**

**Phone Number**

**813-693-8187**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**RIZOVA v. IBSPOT.COM INC.**

**Case Number**

**2:26-cv-02588-KBH**

**Description of Document(s)**

**Proof of Service**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**919 Seddon Cove Way**

**City:**

**Tampa**

**State:**

**Florida**

**Zip Code:**

**33602**

**Terms of Submission**

**Yes**

Show empty values