AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **2:26-cv-02588**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **IBSpot Inc.**
was received by me on  **5/05/2026:**

☐   I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **Vacant** after attempting service at **1414 Willow Ave, Elkins Park, PA 19027**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Zoila Duran**
*Printed name and title*

**5834 Weymouth St
Philadelphia, PA 19120**

*Server's address*

Additional information regarding attempted service, etc:

**5/5/2026 7:08 PM: There was no answer at the address.**
**5/6/2026 2:08 PM: The property appeared vacant which was supported by property manager.**

**I talked to some Asian people who have a warehouse in the back of the building.**

**They inform me that this company is closed, they are installed in New York.**



