UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Biliana Rizova,
Plaintiff

versus

IBSPOT.COM INC.,
Defendant

Civil Action No. 2:26-cv-02588-KBH

## REQUEST FOR ENTRY OF DEFAULT

To the Clerk of the United States District Court for the Eastern District of Pennsylvania:

Kindly enter default against Defendant IBSPOT.COM INC. pursuant to Federal Rule of Civil Procedure 55(a) of the Federal Rules of Civil Procedure in the above-captioned matter for failure to plead or otherwise defend in response to the Complaint as appears from the record and the attached Declaration in Support of Request for Entry of Default.

As set forth in the attached Declaration, IBSpot.com Inc. was served with the Complaint and Summon through its registered agent on May 4th, 2026.

The time provided by Rule 12 for a response has elapsed.

As of the date of this Request, and to the best of Plaintiff's knowledge after review of the Court's docket, Defendant has not filed an Answer, Motion, Notice of Appearance, request for extension of time, or any other response to the Complaint.

Wherefore, Plaintiff respectfully requests that the Clerk enter default against Defendant IBSPOT.COM INC. pursuant to Rule 55(a).

Respectfully submitted,

DATED: June 4, 2026

/s/ *Biliana Rizova*
Biliana Rizova
Plaintiff, Pro Se
919 Seddon Cove Way, Tampa, Florida 33602
bilianarizova@gmail.com
(813) 693-8187

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Biliana Rizova,
Plaintiff

versus

IBSPOT.COM INC.,
Defendant

Civil Action No. 2:26-cv-02588-KBH


DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT


I, Biliana Rizova, declare as follows:

1. I am the Plaintiff in the above-captioned action and I am familiar with the records and proceedings in this matter.
2. Plaintiff initiated this action by filing a Complaint against Defendant IBSPOT.COM INC. on April 20, 2026.
3. A Summons was issued by the Clerk of Court.
4. On May 4, 2026, Defendant's registered agent, Northwest Registered Agent LLC, was personally served with the Summons and Complaint. Proof of Service has been filed on the docket as ECF No 8.
5. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's response to the Complaint was due within twenty-one (21) days after service.
6. The time for Defendant to answer, move, or otherwise respond to the Complaint has expired.
7. As of the date of this Declaration, and to the best of my knowledge after review of the Court's docket, Defendant has not filed an Answer, Motion, Notice of Appearance, request for extension of time, or any other pleading or response to the Complaint.
8. Defendant IBSPOT.COM INC. is a corporation and is therefore not a minor, incompetent person, or member of the military service.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


DATED: June 4, 2026

/s/ *Biliana Rizova*
Biliana Rizova
Plaintiff, Pro Se
919 Seddon Cove Way, Tampa, Florida 33602
bilianarizova@gmail.com
(813) 693-8187

## CERTIFICATE OF SERVICE

I certify that, on the date indicated below, I caused true and correct copies of *Plaintiff's Request to Enter Default and Declaration in Support of Request for Entry of Default* to be served via USPS Certified mail upon the following:

IBSPOT.COM INC.
c/o Northwest Registered Agent LLC
418 Broadway, Suite N
Albany, NY 12207

I further certify that on the same date I caused true and correct copies of the foregoing documents to be served via USPS Certified Mail upon Defendant at its publicly listed business address:

IBSPOT.COM INC.
1414 Willow Ave,
Elkins Park, PA 19027

DATED: June 4, 2026

/s/ *Biliana Rizova*
Biliana Rizova
Plaintiff, Pro Se
919 Seddon Cove Way, Tampa, Florida 33602
bilianarizova@gmail.com
(813) 693-8187