## CERTIFICATE OF SERVICE

I certify that, on the date indicated below, I caused true and correct copies of ***Plaintiff's Request to Enter Default and Declaration in Support of Request for Entry of Default*** to be served via USPS Certified mail upon the following:

IBSPOT.COM INC.
c/o Northwest Registered Agent LLC
418 Broadway, Suite N
Albany, NY 12207

I further certify that on the same date I caused true and correct copies of the foregoing documents to be served via USPS Certified Mail upon Defendant at its publicly listed business address:

IBSPOT.COM INC.
1414 Willow Ave,
Elkins Park, PA 19027

DATED: June 4, 2026

/s/ *Biliana Rizova*
Biliana Rizova
Plaintiff, Pro Se
919 Seddon Cove Way, Tampa, Florida 33602
bilianarizova@gmail.com
(813) 693-8187