**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **BILIANA RIZOVA,**<br>**Plaintiff,**<br><br>**v.**<br><br>**IBSPOT.COM INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-2588** |

**O R D E R**

**AND NOW**, this 7th day of August, 2026, upon consideration of Plaintiff's proof of service upon Northwest Registered Agent LLC (ECF No. 8), return of the unexecuted summons as to IBSPOT.COM INC. (ECF No. 9), and Plaintiff's request for default against IBSPOT.COM INC. (ECF No. 10), **IT IS ORDERED** that Plaintiff shall serve the summons issued by the Clerk of Court (ECF No. 7) on IBSPOT.COM INC. directly or care of its proper registered agent in the State of Pennsylvania on or before **October 6, 2026**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**